ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
(951) 826-8000

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: ) | Chapter 13 |
| ) | Case No. **6:10-bk-13153-MJ** |
| **JORGE A QUINTANILLA** ) | |
| ) | **TRUSTEE'S REPORT** |
| ) | |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is **$2,549.76** per month.

Spouse/other net income is **$0.00** per month.

Debtor's Budget shows **$300.00** disposable income.

Debtor proposed to pay **$300.00** per month into the Plan.

Estimated number of months to complete: **60** months.

This Plan will pay **10.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

**DEBTOR(S) PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTOR(S) RESERVES THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Date: March 22, 2010

_____
Rod Danielson, Chapter 13 Trustee